# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DUSTIN DELFFS and KIM )
McCULLOUGH, on behalf of themselves )
and all those similarly situated employees, )
            )
    Plaintiffs, )      NO. 3:22-cv-00758
            )
v. )      JUDGE CAMPBELL
            )      MAGISTRATE JUDGE FRENSLEY
BRASS LANTERN RESTAURANT, INC., )
et al., )
            )
    Defendants. )

## <u>ORDER</u>

The telephone conference scheduled for August 15, 2023, at 3:00 p.m. is RESET for

Tuesday, August 22, 2023, at 1:30 p.m. Counsel for the parties shall call 1-866-390-1828 and enter

the access code 4884640# to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE