IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN DELFFS and KIM McCULLOUGH, on behalf of themselves and all those similarly situated employees, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:22-cv-00758 |
| v. | ) ) | JUDGE CAMPBELL |
| BRASS LANTERN RESTAURANT, INC., et al., | ) ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is a motion jointly filed by Named Plaintiffs Dustin Delffs and Kim McCullough and Defendants Brass Lantern Restaurant, Inc. Legends of Columbia, Inc.; Legends of Pulaski, Inc.; Legends of Shelbyville, Inc.; and Legends of Smyrna (collectively the "Parties") seeking Court approval to send notice of this action and the Parties' Settlement Agreement, (Doc. No. 26-1), to "individuals who worked at any of the Defendants in front-of-house positions – including but not limited to host, server, and bartender – and earned an hourly wage of less than $7.25 for any work performed between September 18, 2019, and January 5, 2023." (Doc. No. 34). The Parties also request that the Court permit Plaintiffs' counsel to send notice via electronic mail and text message and that the Court approve the form of the notices attached to their motion. (*See* Doc. Nos. 34-1, 34-2, 34-3). In support of the motion, the parties have stipulated that "all individuals to whom the Parties will send notice" are similarly situated to Named Plaintiffs. (*See* Stipulation, Doc. No. 34-4 ¶ 2).

In light of the Parties' stipulation that the other employees to whom the Parties request to send notice are similarly situated to the Named Plaintiffs (*see id.*), the pending Motion (Doc. No.

34) is **GRANTED**. *See Clark v. A&L Homecare & Training Ctr., LLC*, 68 F.4th 1003 (6th Cir. 2023). The Court **APPROVES** the Parties sending notice to individuals who worked at any of the Defendants in front-of-house positions – including but not limited to host, server, and bartender – and earned an hourly wage of less than $7.25 for any work performed between September 18, 2019, and January 5, 2023. The Parties' agreed to 45-day opt-in period, (*see* Doc. No. 26-1 ¶ 4.4), and proposed notices, (Doc. Nos. 34-1, 34-2, 34-3), are also **APPROVED**.

    It is so **ORDERED**.

*[signature]*
_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE