*ORDER: Motion GRANTED.*

*/s/ William L. Campbell Jr.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **DUSTIN DELFFS and KIM McCULLOUGH**, on behalf of themselves and all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>**BRASS LANTERN RESTAURANT, INC.; LEGENDS OF COLUMBIA, INC.; LEGENDS OF PULASKI, INC; LEGENDS OF SHELBYVILLE, INC.; and LEGENDS OF SMYRNA, INC.,**<br><br>Defendants. | No. 3:22-cv-758<br><br>**District Judge Campbell**<br><br>**Magistrate Judge Frensley**<br><br>**COLLECTIVE ACTION**<br><br>**JURY DEMAND** |

## JOINT MOTION TO WITHDRAW CLAIM FORM OF JAMIE MARTIN

Under Rule 21 of the Federal Rules of Civil Procedure, the parties jointly request that this Court permit them to withdraw the claim form of Jaime Martin ("Martin") **without prejudice**. Plaintiffs' counsel filed Martin's claim form on September 22, 2023. [Dkt. 36-1, at 98.] After the filing of Martin's claim form, the parties discovered that she is not the same person who is eligible to participate in the settlement; that individual is Jaime Shree Martin ("Shree"), whose claim form Plaintiff's counsel filed separately on September 29, 2023. [Dkt. 38-1, at 17.] Because (1) Martin is not eligible for the settlement and will not receive payment and (2) Shree is eligible and will receive payment, the parties request that this Court permit them to withdraw Martin's claim form prior to moving for final approval of the settlement.

Plaintiffs' counsel conferred with Martin about this request, and she approves it.

For these reasons, the parties jointly request that this Court grant their motion to withdraw Martin's claim form, [Dkt. 36-1, at 98], **without prejudice**.